■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT GREEN, Appellant. [825 NYS2d 652]—Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered December 20, 2004. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Gorski and Pine, JJ. [*See* 5 Misc 3d 1029(A), 2004 NY Slip Op 51608(U) (2004).]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEATRICK MARSHALL, Appellant. [825 NYS2d 651]—Appeal from a judgment of the Monroe County Court (Richard A. Keenan, J.), rendered September 10, 2003. The judgment convicted defendant, upon a jury verdict, of assault in the first degree (two counts), robbery in the first degree (two counts), and burglary in the second degree (two counts).

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, P.J., Hurlbutt, Gorski and Pine, JJ.